UNITED STATES DISTRICT COURT             SOUTHERN DISTRICT OF TEXAS

RONALD W. EDMOND, §
TDCJ No. 579280, §
         Plaintiff, §
  §
*versus* §     CIVIL ACTION H-07-991
  §
CAPT. LUKE, *et al.*, §
  §
         Defendant. §

## Opinion on Dismissal

Ronald Edmond filed this civil rights complaint. Edmond is held in the state prison. He moves to proceed as a pauper.

Edmond has sued in federal district court more than 25 times. Three of his lawsuits filed in the U.S. District Court for the Northern District of Texas were dismissed as frivolous or for failure to state a claim. *See Edmond v. Dallas County Sheriff's Dep't.*, no. 3:95-CV-502-P, *Edmond v. Tarrant County, et al.*, no. 4:96-CV-267-A, and *Edmond v. Dallas County*, no. 3:95-CV-446-X. When these three lawsuits were filed, Edmond was in prison or jail. These other cases were dismissed before this case was filed.

A prisoner is not allowed to bring a civil case in federal court as a pauper if, while incarcerated, he brought three prior actions which were dismissed as frivolous or for failure to state a claim, unless he is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Edmond's papers do not show he is in imminent danger of serious physical injury.

This case is dismissed under 28 U.S.C. § 1915(g).

Signed on March 28, 2007, at Houston, Texas.

                                      Lynn N. Hughes   USDJ
                                  United States District Judge